UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
--------------------------------------------------------X
KEVIN CAMPBELL,
on behalf of himself and all others
similarly situated                                                              Civil Action No. 2:14-cv-00580-JLL-JAD

                Plaintiff,

   v.

ALLIED INTERSTATE, LLC

                Defendant.
--------------------------------------------------------X

## NOTICE OF DISMISSAL

     Pursuant to Fed. R. Civ. P. 41 Plaintiff hereby stipulates to and gives notice of the dismissal of the above-entitled and numbered action, with prejudice as to Plaintiff and without prejudice as to the rights of the unnamed putative class members.

                                             Respectfully submitted,

                                             /s/ Ryan Leyland Gentile
                                             _____

                                             Ryan Leyland Gentile
                                             Law Offices of Gus Michael Farinella PC
                                             147 West 35th Street
                                             Suite 1008
                                             New York, NY 10001
                                             201-873-7675
                                             Email: rlg@lawgmf.com
                                             ATTORNEY FOR PLAINTIFF